# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL                    JS-6

| Case No. | 8:25-cv-01599-CAS-DTB | Date | December 17, 2025 |
|---|---|---|---|
| Title | David H. Payne v. Shayla C. Richberg et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS)** - ORDER ON REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES (PRISONER NON-HABEAS CASE) (Dkt. 2, filed on July 22, 2025)

On October 9, 2025, the Court issued an Order postponing decision on plaintiff's request to proceed without prepayment of filing fees [dkt. 2], because plaintiff had failed to submit enough information for the Court to tell if plaintiff is able to prepay the full filing fee.  Dkt. 5.  The Court directed plaintiff to provide a certified copy of a trust fund statement for the last six months and authorization to disburse funds from the prison trust account.  Id.  The Court's order stated that if plaintiff does not provide the information or authorization within 30 days, the case may be dismissed without prejudice.  Id.  To date, no additional information has been filed.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to provide requested information.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |